ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtors / debtors-in possession (proposed):

Sophie Harrison and Jarrod Harrison

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 20-30404 HLB<br>Chapter 11 |
| Sophie Harrison and Jarrod Harrison,<br><br>       Debtor. | **SUBSTITUTION OF COUNSEL**<br><br>Judge: Honorable Hannah L. Blumenstiel |

**TO THE HONORABLE JUDGE HANNAH L. BLUMENSTIEL, THE UNITED STATES TRUSTEES OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OR RECORD:** NOW COMES the Debtors herein, Sophie Harrison and Jarrod Harrison, and hereby request to substitute (in place of themselves in Pro Per), the FARSAD LAW OFFICE, P.C., as their PROPOSED counsel of record / general bankruptcy counsel. The Firm's contact information is as follows:

        Farsad Law Office, P.C.
        Attn: Attorneys Arasto Farsad and Nancy Weng
        1625 The Alameda, Suite 525
        San Jose, CA 95126
        Tel: (408) 641-9966
        Fax: (408) 866-7334

<u>I accept this substitution:</u>

Substitution of Counsel - 1

Dated: June 4, 2020

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Managing Partner of Farsad Law Office, P.C.

I concur with this substitution:

Dated: June 4, 2020

*/s/ Sophie Harrison*
Sophie Harrison
Attorney for Debtor(s) in Pro Per

*/s/ Sophie Harrison*
Sophie Harrison
Debtor herein

I also concur with this substitution:

Dated: June 4, 2020

*/s/ Jarrod Harrison*
Jarrod Harrison
Attorney for Debtor(s) in Pro Per

*/s/ Jarrod Harrison*
Jarrod Harrison
Co-Debtor herein

COURT SERVICE LIST
**No Mail Service Required**